EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de Estatus Inactivo de diciembre de 2023 | 2024 TSPR 3<br><br>213 DPR ___ |

Número del Caso: EM-2024-0002

Fecha: 18 de enero de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de diciembre de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

                       EM-2024-0002

Aprobación de Cambio de
Estatus Inactivo de
diciembre de 2023

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2024.

Durante el periodo de diciembre de 2023, este Tribunal autorizó el cambio de estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Pizarro Zayas, José M. | 3,945 |
| Miranda Diaz, Margarita | 9,603 |
| Ramos Cividanes, Myriam | 5,897 |
| Maldonado Lopez, Maritza | 12,373 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo